Michael TARAN v. VERMONT STRUCTURAL SLATE CO., INC., No. 152-80

June 25, 1980. Motion to dismiss on the claim that the appellant has waived appeal per V.R.C.P. 53(e)(2)(i) is denied. Motion to dismiss for failure to order transcript in accordance with V.R.A.P. 10(b)(1) is denied.

STATE of Vermont v. Lois GUIDRY, No. 174-80

June 25, 1980. Appeal dismissed for lack of final judgment, V.R.A.P. 4, and for failure to comply with requirements of V.R.A.P. 5.

Howard J. CHESSHIRE v. NEW ENGLAND TELEPHONE AND TELEGRAPH COMPANY, No. 177-80

June 25, 1980. Appellant's motions to appeal in forma pauperis, waive printed case, and dispense with twelve-copy requirement are denied.

Daley, J.

J. C. DURICK INSURANCE v. Peter ANDRUS, No. 3-80

June 26, 1980. Motion to disallow plaintiff's brief denied.

Hill, J.

MURRAY HILL PARTNERS v. Wilson B. PROPHET, Jr.; Murray Hill Corp.; Brady Landscaping Co., Inc.; Koppers Co., Inc.; and Murray Hill Community Assoc., No. 16-80

June 26, 1980. Plaintiff's motion to dismiss and to strike evidentiary material denied.

Joe RAGOSTA v. Frances M. RAGOSTA, Peter Langrock, Glen Morgan, Judge Hayes, Judge Morrissey, No. 186-80

June 26, 1980. Motion to reconsider denial of petition for extraordinary relief denied.

STATE of Vermont v. Donald E. McMAHON, No. 428-79

July 7, 1980. Motion of Bruce Bjornlund to withdraw as counsel for the defendant is granted.

Daley, J.

Jane P. GORE v. GREEN MOUNTAIN LAKES, INC., Charles Merlini, Leigh Merlini, David Fjeldstad and Laurie Fjeldstad, No. 425-79

July 15, 1980. Motion for reargument and to vacate entry dismissing appeal denied.